IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **THE LANDING, L.L.C.,** *et al.*, | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| **vs.** | )   **CIV. ACT. NO. 1:23-cv-377-TFM-B** |
| | ) |
| **MG AFFORDABLE MASTER, LLC,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that judgment is entered in favor of the Plaintiffs and against the Defendants.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 25th day of September, 2024.

                                            /s/Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES DISTRICT JUDGE